1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  NICOLAS CURRAN,

11          Plaintiff,           No. CIV S-03-0964 MCE GGH P
        vs.
12
    ARNOLD SCHWARZENEGGER,
13  Governor of California, et al.,

14          Defendants.
                                      /
15
    JOSEPH DAWSON,
16
            Plaintiff,           No. CIV S-03-0967 MCE GGH P
17
        vs.
18
    ARNOLD SCHWARZENEGGER,
19  Governor of California, et al.,

20          Defendants.
                                      /
21  STEVEN GOMEZ,

22          Plaintiff,           No. CIV S-03-0968 MCE GGH P

23      vs.

24  ARNOLD SCHWARZENEGGER,
    Governor of California, et al.,
25
            Defendants.
26                                    /

```
1  EDWARD HARO,
2          Plaintiff,                    No. CIV S-03-0973 MCE GGH P
3      vs.
4  ARNOLD SCHWARZENEGGER,
   Governor of California, et al.,
5
           Defendants.
6  _____/
7
   ZACHARIAH GUZMAN,
8          Plaintiff,                    No. CIV S-03-0977 MCE GGH P
       vs.
9
   ARNOLD SCHWARZENEGGER,
10 Governor of California, et al.,
11
           Defendants.                   ORDER
12
   _____/
13
```

Plaintiff Dawson has requested an extension of time to file and serve objections to the October 27, 2005 Findings and Recommendations. In addition, plaintiff has requested an extension of time to file and serve a supplemental opposition to the defendants' March 29, 2005 motion for summary judgment.

Plaintiff Dawson has no standing to object to the recommendation of dismissal of plaintiff Curran's cause of action, Case No. Civ. S-03-964 MCE GGH P, recommended on grounds of mootness, and his request for an extension of time to file objections thereto is denied. As to his request for an extension of time to file a supplemental opposition to the defendants' March 29, 2005 motion for summary judgment, that request for a time extension is denied as moot, based on his having subsequently submitted a supplemental opposition, filed on November 17, 2005, before the court had reached his request.

\\\\\
\\\\\

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's November 7, 2005
2 requests for extensions of time are denied.
3 DATED: 12/21/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
daws0967.dny